IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL J. BROWN,

    Plaintiff,

vs.                                   Case No. 4:13cv285-RH/CAS

SECRETARY, DEPARTMENT
OF THE NAVY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On May 13, 2013, the pro se Plaintiff has submitted a civil rights complaint, doc. 1, a motion for leave to proceed in forma pauperis, doc. 2, and a motion requesting the appointment of counsel, doc. 3. Plaintiff's in forma pauperis motion must be denied because Plaintiff is not entitled to proceed with in forma pauperis status.

Plaintiff has had more than three prior cases dismissed for reasons listed within 28 U.S.C. § 1915(e). In this Court, case number 4:13cv21 was dismissed for abuse of the judicial process pursuant to § 1915(g) because Plaintiff had not acknowledged all of his prior cases and it was discovered that Plaintiff had three prior § 1915(e) dismissals. Additionally, the Middle District of Florida dismissed case number 3:07-cv-750 (M.D. Fla. Aug. 30, 2007) for abuse of the judicial process for failing to disclose all prior

cases. In the Middle District, Plaintiff also had case number 3:07-cv-717 (M.D. Fla. Aug. 21, 2007) dismissed as frivolous, and case number 3:07-cv-894 (M.D. Fla. July 11, 2008) dismissed as frivolous. Recently this Court has also dismissed two more cases because Plaintiff is not entitled to in forma pauperis status: case number 4:13cv22 and 4:13cv23. Those two dismissals have been within the past two months.

Thus, Plaintiff is well aware that he is not entitled to proceed with in forma pauperis status pursuant to 28 U.S.C. § 1915(g) because Plaintiff has had more than three cases dismissed under § 1915(e). Plaintiff does not come within the exception of § 1915(g) because he cannot present allegations of imminent serious physical injury against the named Defendant because that Defendant is not physically present with Plaintiff. Therefore, it is recommended that Plaintiff's motion for leave to proceed in forma pauperis, doc. 2, should be denied.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave to proceed in forma pauperis, doc. 2, be **DENIED** pursuant to 28 U.S.C. § 1915(g), that any other pending motions be **DENIED** and this case be **DISMISSED without prejudice** to Plaintiff's refiling an action if he simultaneously submits the $400.00 filing fee, and that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on May 15, 2013.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.