IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL J. BROWN,

    Plaintiff,

v.                          CASE NO. 4:13cv285-RH/CAS

SECRETARY, DEPARTMENT OF
THE NAVY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 6  I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has more than three "strikes" under 28 U.S.C. § 1915(g) and has not alleged facts showing that he is in imminent danger of serious physical injury.  The plaintiff therefore cannot proceed *in forma pauperis*.

The qualifying strikes include these cases from the Middle District of Florida: Nos. 3:07-cv-717; 3:07-cv-894; and 3:07cv750.  And the strikes include

these cases from the Northern District of Florida: Nos. 4:13-cv-21; 4:13-cv-22; and 4:13-cv-23. Of these six, the first two were dismissed as frivolous, and the last four were dismissed for failing to disclose the plaintiff's prior cases, that is, for abuse of the judicial process. Such a dismissal counts as a strike. *See Pinson v. Grimes*, 391 F. App'x 797, 799 (11th Cir. 2010) (citing *Rivera v. Allin*, 144 F.3d 719, 731 (11th Cir.1998)). Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 12, 2013.

s/Robert L. Hinkle
United States District Judge